JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MEDIA DEVELOPMENT CORPORATION, a Taiwanese corporation,<br><br>         Plaintiff,<br>   vs.<br><br>STUDIO SOLUTIONS GROUP, INC., a California corporation, and JOHNNY LIN, an individual,<br><br>         Defendants. | CASE NO. CV13-09267-GW(JCx)<br><br>**JUDGMENT IN FAVOR OF STUDIO SOLUTIONS GROUP, INC.** |

10920.00006/226233.1

1

JUDGMENT

1       WHEREAS, on August 21, 2014, the Court granted Defendant Studio Solutions Group, Inc.'s ("SSG") Motion to Confirm Arbitration Award and Enter Judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that that judgment shall be entered in favor of SSG in this action.  Consistent with the arbitration award, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT SSG shall recover from Plaintiff Media Development Corporation ("MDC") damages in the amount of $3,422,500.  SSG shall further recover from MDC pre-judgment interest in the amount of $571,041.03.  SSG shall further recover from MDC costs of $8,824.71.  SSG shall further recover from MDC the arbitrator's fees in the amount of $28,000.  SSG shall further recover its attorney's fees from MDC in the amount of $176,383.50.  SSG shall be further entitled to recover post-judgment interest at the statutory rate.

Dated:  August 26, 2014       ___/s/ George H. Wu_____

                                          HON. GEORGE H. WU
                                          United States District Judge

Submitted by

By: //s Jeremiah Reynolds
Attorneys for Defendants
Studio Solutions Group, Inc. and Johnny Lin